UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In The Matter Of: | ) | |
| | ) | |
| Todd L Beckley | ) | Case No. 09-52037-705 |
| Terri K Beckley | ) | |
| | ) | |
|    Debtors, | ) | Chapter 7 |
| | ) | |
| US Bank, NA or its successors and assigns | ) | **ORDER** |
| | ) | |
|    Movant, | ) | **Hearing Date: February 17, 2010** |
| | ) | **Hearing Time:  9:30 AM** |
| | ) | **MTN 16** |

The Motion for Relief from the Automatic Stay, filed by US Bank, NA or its successors and assigns called for hearing.

Upon consideration of the pleadings and the record as a whole, the Court finds and concludes that the Movant has a security interest in the following property:

> LOT 127 OF APPLE VALLEY SUBDIVISION PHASE 5, A SUBDIVISION IN JEFFERSON COUNTY MISSOURI, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 142 PAGE 27 OF THE JEFFERSON COUNTY RECORDS.

The Court further finds and concludes that there is no equity in this property for the benefit of the bankruptcy estate; that Movant has not been afforded adequate protection for its interest and that said property is not necessary for an effective reorganization. It is therefore,

ORDERED, ADJUDGED AND DECREED that the stay provided for by Section 362 of Title 11, United States Code, is terminated to permit the Movant to foreclose its security interest in the herein described property and to pursue its remedies in accordance with the security agreement and state law including obtaining possession of the property after foreclosure.

1

IT IS FURTHER ORDERED that all further relief prayed for by Movant is hereby DENIED.

                                                  CHARLES E. RENDLEN, III
                                                  U.S. Bankruptcy Judge

DATED: February 11, 2010
St. Louis, Missouri
mtc

COPIES TO:
Vernon D. Singer
Cynthia M. Woolverton
Attorneys for Movant
612 Spirit Drive
St. Louis, MO 63005

Michael E. Doyel
10820 Sunset Office Drive, Suite 124
St. Louis, MO 63127

Todd L Beckley
Terri K Beckley
1431 Appleton Ct.
Arnold, MO 63010

Tracy A. Brown
1034 S. Brentwood Blvd., Suite 1830
St. Louis, MO 63117

Office of the U.S. Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th St., Suite 6353
St. Louis, MO 63102